ACCEPTED
01-15-00107-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/18/2015 1:02:52 PM
CHRISTOPHER PRIN[E]
CLERK

## NO. 1-15-00107-CR

# In the Court of Appeals
# For the First
# Judicial District of Texas
# Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/18/2015 1:02:52 PM
CHRISTOPHER A. PRINE
Clerk

**THOMAS AVEN COLE, APPELLANT**

*versus*

**THE STATE OF TEXAS, APPELLEE**

**ON APPEAL FROM THE CRIMINAL COUNTY COURT AT LAW #10**
**HARRIS COUNTY, TEXAS**
**TRIAL COURT CAUSE NO. 2005582**

**APPELLANT'S MOTION TO SUBSTITUTE AS ATTORNEY OF RECORD**

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Appellant, **THOMAS AVEN COLE**, requests the Court to permit the undersigned attorney to substitute as attorney of record for this cause.

Jon Phillip Thomas, Texas Bar # 24037593, an attorney whose license has since been probated, previously represented appellant in this appeal. Undersigned attorney has substituted in as counsel for the appellant in the trial court, as memorialized by the attached motion to substitute filed and granted by Judge Dan

1

Spjut presiding over the Criminal Court at Law #10. Appellant requests that the undersigned counsel be permitted to substitute as attorney of record in this appeal.

Previous counsel, Mr. Thomas, did not request the record, as the Court knows (see Scheduling Order dated March 3, 2015); and, the appellant's brief was due on March 13, 2015 but never filed. Undersigned attorney has tried to contact Mr. Thomas without success. Undersigned attorney has met with the appellant, who stated that he requests that this appeal be dismissed. If the Court were to grant this motion, the appellant will file a motion to dismiss this appeal.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court allow undersigned counsel to substitute in as attorney of record.

_/s/_Wendell A. Odom, Jr.
**WENDELL A. ODOM, JR.**
Texas Bar # 15208500
440 Louisiana, Suite 200
Houston, TX 77002
(713) 223-5575
(713) 224-2815 (FAX)

_/s/ Thomas Aven Cole
**THOMAS AVEN COLE**
**Appellant**

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2015, a copy of the foregoing motion was hand delivered to the Assistant District Attorney for Harris County, Texas.

_/s/_ Wendell A. Odom, Jr.
**WENDELL A. ODOM, JR.**

_____

# In the Court of Appeals
## For the First
## Judicial District of Texas
## Houston, Texas

_____

**THOMAS AVEN COLE, APPELLANT**

*versus*

**THE STATE OF TEXAS, APPELLEE**

_____

**ON APPEAL FROM THE CRIMINAL COUNTY COURT AT LAW #10**
**HARRIS COUNTY, TEXAS**
**TRIAL COURT CAUSE NO. 2005582**

_____

**ORDER ON APPELLANT'S MOTION TO SUBSTITUTE AS ATTORNEY OF RECORD**

_____

The Court, after consideration of the Appellant's Motion to Substitute As Attorney of Record for the Appellant, hereby **GRANTS / DENIES** the Appellant's Motion and permits **WENDELL A. ODOM, JR.** to substitute as Attorney of Record for the Appellant.

**SIGNED AND ENTERED** on this, the _____ day of _____, 2015.

_____
**JUDGE PRESIDING**

# EXHIBIT 1

CAUSE NO. 2004634

THE STATE OF TEXAS      *      IN THE COUNTY CRIMINAL

VS.      *      COURT AT LAW NO. 10

Thomas Cole      *      HARRIS COUNTY, TEXAS

## MOTION TO WITHDRAWAL /SUBSTITUTE ATTORNEY FOR DEFENDANT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW _Thomas Cole_ , Defendant herein, joined by his Attorney of Record, _Jon Philip Thomas_ , and respectfully moves the Court to permit the withdrawal of said _Jon Philip Thomas_ as Attorney of Record, and to permit the substitution of _Wendell Odom_ as Attorney of Record.

**FILED**
Chris Daniel
District Clerk

MAR 1 8 2015

Time: _____
Harris County, Texas
By _____
Deputy

_No response_
Attorney Withdrawing

_Defendant_

_Wendell Odom_
Attorney Substituting

_15208500_
Bar Card Number

## ORDER

IT HEREBY ORDERED THAT _____ is hereby permitted to withdraw as Attorney of Record for Defendant, and it is further ORDERED that _____ is hereby substituted as Attorney of Record for Defendant.

SIGNED AND ENTERED this __18__ day of __March__ , 20_15_.

_____
Dan Spjut, JUDGE
County Criminal Court at Law No. 10